# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| PDI - HSW Joint Venture ) | ASBCA No. 59720 |
| ) | |
| Under Contract No. N62742-09-C-1308 ) | |

APPEARANCES FOR THE APPELLANT:  Nicholas A. Merrell, Esq.
                  Sergey A. Rudin, Esq.
                   Varela, Lee, Metz & Guarino, LLP
                   San Francisco, CA

APPEARANCES FOR THE GOVERNMENT:  Ronald J. Borro, Esq.
                   Navy Chief Trial Attorney
                  Anthony K. Hicks, Esq.
                  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 19 November 2015

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59720, Appeal of PDI - HSW Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals